ERNEST E. STANDRIDGE *v.* STATE OF
ARKANSAS

CR 73-105                                    498 S.W. 2d 663

Opinion delivered September 10, 1973

*James M. Simpson,* for appellant.

*Jim Guy Tucker,* Atty. Gen., by: *James W. Atkins,* Asst. Atty. Gen., for appellee.

CONLEY BYRD, Justice. Appellant Ernest E. Standridge was given a life sentence in 1952 for the murder of his wife. In 1966 he was given a post conviction hearing

on the identical issues now raised. On March 5, 1973, the trial court gave him a second post conviction hearing upon his allegation that three persons hostile to him were permitted to go into the jury room during the jury's deliberation. Appellant's testimony about the alleged occurrence was not corroborated by any witness. R. C. Warren who served on the jury testified positively that no one entered the jury room during the deliberation. The trial court denied appellant any relief both on the merits and because the issue had become res judicata. We agree for both reasons.

Affirmed.